NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,
*Plaintiff-Appellee*

v.

## MICRON TECHNOLOGY, INC.,
*Defendant-Appellant*

---

2018-1813

---

Appeal from the United States District Court for the Central District of Illinois in No. 2:11-cv-02288-SLD-JEH, Judge Sara Darrow.

---

## JUDGMENT

---

JACOB C. VANNETTE, K & L Gates, LLP, Chicago, IL, argued for plaintiff-appellee. Also represented by NORA E. BECERRA, KENN BROTMAN, GEORGE C. SUMMERFIELD, JR.

ADAM SHARTZER, Fish & Richardson PC, Washington, DC, argued for defendant-appellant. Also represented by RUFFIN B. CORDELL, TIMOTHY W. RIFFE, RYAN TEEL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>December 4, 2018</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |